Pearline Torrance, Plaintiff-Appellant, v. City National Bank of Rockford, a National Banking Association, Defendant-Appellee.

**Gen. No. 11,514.**

Second District, First Division.

October 24, 1961.

John R. Snively, of Rockford, for appellant; Miller, Thomas, Hickey & Collins, all of Rockford, for appellee. Opinion by PRESIDING JUSTICE SMITH. Not to be published in full.